RACHEL P. STOIAN (SBN 300159)
stoian.rachel@dorsey.com
DORSEY & WHITNEY LLP
167 Hamilton Avenue, Suite 200
Palo Alto, CA 94301
Telephone: (650) 843-2708
Facsimile: (650) 618-8659

CHRISTOPHER G. KARAGHEUZOFF (to be admitted *pro hac vice*)
karagheuzoff.christopher@dorsey.com
JONATHAN MONTCALM (to be admitted *pro hac vice*)
montcalm.jonathan@dorsey.com
DORSEY & WHITNEY LLP
51 W. 52nd St.
New York, NY 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Attorneys for Defendant Finicity Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN LAWRENCE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>FINICITY CORPORATION,<br><br>          Defendant. | Case No.: 2:23-CV-01005-DJC-AC<br><br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Allison Claire<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  May 26, 2023<br>Complaint Served:  June 1, 2023<br>Current Response Date:  June 22, 2023<br>New Response Date:  August 7, 2023<br>Trial Date:  None Set |

/ / /

/ / /

The parties in the above-entitled matter, by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on May 26, 2023, Plaintiff Kaitlyn Lawrence ("Plaintiff") commenced a putative class action against Defendant Finicity Corporation ("Defendant") in the United States District Court, Eastern District of California, Case No. 2:23-CV-01005-DJC-AC;

WHEREAS, on or about June 1, 2023, Plaintiff caused the Summons and Complaint to be served on Defendant;

WHEREAS, Defendant's response to the Complaint is currently due on June 22, 2023;

WHEREAS, Defendant has just retained counsel to defend the action;

WHEREAS, Plaintiff's lengthy complaint alleges facts and various causes of action under the federal law, California law, and Utah law (on behalf of herself and a class and subclass of individuals similarly affected) that require additional time to review with Defendant so that Defendant may respond appropriately;

WHEREAS, Plaintiff consents to forty-five (45) day adjournment of time to respond to the Complaint; and

WHEREAS, Defendant has not previously requested an extension of its time to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that Defendant's time to answer or otherwise respond to the complaint shall be extended through and including August 7, 2023.

DATED: June 13, 2023                    BURSOR & FISHER, P.A.

                                                          By:   */s/ Stefan Bogdanovich*
                                                                    Stefan Bogdanovich
                                                                    Brittany S. Scott
                                                                    1990 North California Blvd., Suite 940
                                                                    Walnut Creek, CA 94596
                                                                    Tel: (925) 300-4455
                                                                    Fax: (925) 407-2700
                                                                    sbogdanovich@bursor.com
                                                                    bscott@bursor.com

                                                                    Philip L. Fraietta (*pro hac vice*)
                                                                    1330 Avenue of the Americas
                                                                    New York, NY 10019
                                                                    Tel: (646) 837-7142
                                                                    pfraietta@bursor.com

                                                                    Attorneys for Plaintiff Kaitlyn Lawrence

DATED: June 13, 2023                    DORSEY & WHITNEY LLP

                                                      By:   */s/ Rachel P. Stoian*
                                                                   Rachel P. Stoian
                                                                   167 Hamilton Avenue, Suite 200
                                                                   Palo Alto, CA 94301
                                                                   Tel: (650) 843-2708
                                                                   Fax: (650) 618-8659
                                                                   stoian.rachel@dorsey.com

**IT IS SO ORDERED.**

Dated: June 14, 2023                    /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

***Kaitlyn Lawrence, on behalf of himself and all others similarly situated v. Finicity Corporation***
***USDC – Eastern District of California***
***Case No. 2:23-CV-01005-DJC-AC***

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

I hereby certify on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

DATED:  June 13, 2023           DORSEY & WHITNEY LLP


                                By: */s/ Rachel P. Stoian*
                                       Rachel P. Stoian