RACHEL P. STOIAN (SBN 300159)
stoian.rachel@dorsey.com
MARAL SHOAEI (SBN 345117)
shoaei.maral@dorsey.com
DORSEY & WHITNEY LLP
167 Hamilton Avenue, Suite 200
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 618-1913

CHRISTOPHER G. KARAGHEUZOFF (admitted *pro hac vice*)
karagheuzoff.christopher@dorsey.com
JONATHAN MONTCALM (admitted *pro hac vice*)
montcalm.jonathan@dorsey.com
DORSEY & WHITNEY LLP
51 W. 52nd St.
New York, NY 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Attorneys for Defendant Finicity Corporation

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN LAWRENCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINICITY CORPORATION,<br><br>Defendant. | Case No.: 2:23-CV-01005-DJC-AC<br><br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Allison Claire<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  May 26, 2023<br>Complaint Served:  June 1, 2023<br>Current Response Date:  August 7, 2023<br>New Response Date:  August 21, 2023<br>Trial Date:  None Set |

/ / /

The parties in the above-entitled matter, by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on May 26, 2023, Plaintiff Kaitlyn Lawrence ("Plaintiff") commenced a putative class action against Defendant Finicity Corporation ("Defendant") in the United States District Court, Eastern District of California, Case No. 2:23-CV-01005-DJC-AC;

WHEREAS, on or about June 1, 2023, Plaintiff caused the Summons and Complaint to be served on Defendant;

WHEREAS, on June 14, 2023, the Court entered a Stipulation and Order to Extend Time to Respond to Complaint extending Defendant's time to respond to the Complaint to August 7, 2023 [Dkt. 9]; and

WHEREAS, Plaintiff and Defendant have engaged in initial discussions regarding the Complaint and the bases upon which Defendant will seek its dismissal; and

WHEREAS, to accommodate additional commitments of counsel, and to permit sufficient time for the additional consideration of the various issues raised in the Complaint and in Defendant's anticipated motion to dismiss, Plaintiff and Defendant have agreed to a limited further extension of time for Defendant to respond to the Complaint.

[*signature pages to follow*]

1  IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that Defendant's time to answer or otherwise respond to the Complaint shall be extended through and including August 21, 2023.

IT IS FURTHER STIPULATED AND AGREED

DATED:  July 24, 2023                    BURSOR & FISHER, P.A.


                                         By:   */s/ Brittany S. Scott*
                                               Stefan Bogdanovich
                                               Brittany S. Scott
                                               1990 North California Blvd., Suite 940
                                               Walnut Creek, CA 94596
                                               Tel: (925) 300-4455
                                               Fax: (925) 407-2700
                                               sbogdanovich@bursor.com
                                               bscott@bursor.com

                                               Philip L. Fraietta (*pro hac vice*)
                                               1330 Avenue of the Americas
                                               New York, NY 10019
                                               Tel: (646) 837-7142
                                               pfraietta@bursor.com

                                               Attorneys for Plaintiff Kaitlyn Lawrence

| | |
|---|---|
| DATED: July 24, 2023 | DORSEY & WHITNEY LLP |

By:  /s/ *Rachel P. Stoian*
Rachel P. Stoian
Maral Shoaei
167 Hamilton Avenue, Suite 200
Palo Alto, CA 94301
Tel: (650) 857-1717
Fax: (650) 618-1913
stoian.rachel@dorsey.com
shoaei.maral@dorsey.com

Christopher G. Karagheuzoff
Jonathan Montcalm
(both admitted *pro hac vice*)
51 W. 52nd St.
New York, NY 10019
Tel: (212) 415-9200
Fax: (212) 953-7201
karagheuzoff.christopher@dorsey.com
montcalm.jonathan@dorsey.com

Attorneys for Defendant Finicity Corporation

IT IS SO ORDERED.

DATED:  July 24, 2023          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE