**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com
         bscott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN LAWRENCE, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>     v.<br><br>FINICITY CORPORATION.,<br><br>                                        Defendant. | Case No. 2:23-CV-01005-DJC-AC<br><br>Judge:  Hon. Daniel J. Calabretta<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |

1  The parties in the above-entitled matter, by and through their undersigned counsel, hereby
2  stipulate and agree as follows:
3  WHEREAS, on May 26, 2023, Plaintiff Kaitlyn Lawrence ("Plaintiff") commenced a
4  putative class action against Defendant Finicity Corporation ("Defendant") in the United States
5  District Court, Eastern District of California, Case No. 2:23-CV-01005-DJC-AC;
6  WHEREAS, on or about June 1, 2023, Plaintiff caused the Summons and Complaint to be
7  served on Defendant;
8  WHEREAS, on June 14, 2023, the Court entered a Stipulation and Order to Extend Time to
9  Respond to Complaint extending Defendant's time to respond to the Complaint to August 7, 2023
10 [Dkt. 9]; and
11 WHEREAS, on July 24, 2023, the Court entered a second Stipulation and Order to Extend
12 Time to Respond to Complaint extending Defendant's time to respond to the Complaint to August
13 21, 2023 [Dkt. 16]; and
14 WHEREAS, Defendant filed motions to compel arbitration [Dkt. 17], change venue or to
15 dismiss [Dkt. 19] on August 21, 2023;
16 WHEREAS, Plaintiff's oppositions to Defendant's motions are due September 5, 2023;
17 WHEREAS, Defendant's replies in support of its motions are due September 14, 2023;
18 WHEREAS, the legal analysis of all the motions consider common facts;
19 WHEREAS, Defendant's motions are set for hearing on November 2, 2023;
20 WHEREAS, the Court has not yet set a case management schedule; and
21 WHEREAS, good cause exists to set a briefing schedule modifying the standard timing for
22 briefing because the briefing raises complex issues of law, there are multiple motions at issue, and
23 Counsel for the parties has scheduling conflicts due to prearranged vacations and other obligations;
24 WHEREAS, the parties previously submitted a proposed briefing schedule, which was
25 denied because Defendant had not yet filed its response to Plaintiff's Complaint; and
26 WHEREAS, Plaintiff and Defendant have agreed to the following briefing page limits and
27 schedule with respect to Defendant's motions:
28 • Plaintiff shall, in lieu of separate oppositions, file one omnibus opposition, no

longer than 48-pages, to all Defendant's pending motions;

- Plaintiff's opposition to Defendant's motions shall be due on, or before, October 6, 2023; and

- Defendant's replies in support of its motions shall be due on, or before October 27, 2023.

DATED: August 23, 2023                    **BURSOR & FISHER, P.A.**


By:   */s/ Stefan Bogdanovich*
     Stefan Bogdanovich
     Brittany S. Scott
     1990 North California Blvd., Suite 940
     Walnut Creek, CA 94596
     Tel: (925) 300-4455
     Fax: (925) 407-2700
     sbogdanovich@bursor.com
     bscott@bursor.com

     Philip L. Fraietta (*pro hac vice*)
     1330 Avenue of the Americas
     New York, NY 10019
     Tel: (646) 837-7142
     pfraietta@bursor.com

     Attorneys for Plaintiff Kaitlyn Lawrence

DATED:  August 23, 2023             **DORSEY & WHITNEY LLP**


By: */s/ Christopher G. Karagheuzoff (as authorized 8/23/23)*
    Rachel P. Stoian
    Maral Shoaei
    167 Hamilton Avenue, Suite 200
    Palo Alto, CA 94301
    Tel: (650) 857-1717
    Fax: (650) 618-1913
    stoian.rachel@dorsey.com
    shoaei.maral@dorsey.com

    Christopher G. Karagheuzoff
    Jonathan Montcalm
    (both admitted *pro hac vice*)
    51 W. 52nd St.
    New York, NY 10019
    Tel: (212) 415-9200
    Fax: (212) 953-7201
    karagheuzoff.christopher@dorsey.com
    montcalm.jonathan@dorsey.com

    Attorneys for Defendant Finicity Corporation

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

(A) Plaintiff shall file one opposition, no longer than 48 pages, to Defendant's pending motions;

(B) Plaintiff shall file her opposition to Defendant's motions on or before October 6, 2023; and

(C) Defendant shall file its replies in further support thereof on or before October 27, 2023.

IT IS FURTHER STIPULATED AND AGREED.

Dated:  August 24, 2023                                         /s/ Daniel J. Calabretta
                                                                THE HONORABLE DANIEL J. CALABRETTA
                                                                UNITED STATES DISTRICT JUDGE