UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN LAWRENCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FINICITY CORPORATION,<br><br>Defendant. | Case No.: 2:23-CV-01005-DJC-AC<br><br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Allison Claire<br><br><br>**JOINT STATUS REPORT** |

The parties submit this Joint Status Report in accordance with the Court's September 13, 2023 Minute Order [ECF No. 28] and to advise the Court as to the status of this matter.

1. On February 13, 2024, the Court entered an Order Denying Motion to Compel Arbitration (ECF. No. 17) and Granting in Part and Denying in Part Motion to Transfer Venue, or in the Alternative, Dismiss the Complaint (ECF No. 19). (ECF No. 37, the "Order").

2. The Order established March 24, 2024 as the deadline for Plaintiff Kaitlyn Lawrence to file an amended complaint.

3. Defendant Finicity Corporation ("Finicity") intends to appeal, on or before its March 14, 2024 deadline, that portion of the Order that denied Finicity's Motion to Compel Arbitration. As the Court recognized at the conclusion of the motion hearing, and consistent with the Supreme Court's recent decision in *Coinbase, Inc. v. Bielski*, 599 U.S.

1  736, 143 S. Ct. 1915, 1918 (2023), Finicity is entitled to a stay of these proceedings during the pendency of that appeal.

4. Accordingly, the parties respectfully request that Ms. Lawrence's deadline to file an amended complaint be extended until after the appeal is resolved and the resulting stay is lifted.

[*signature page to follow*]

| | | |
|---|---|---|
| 1 | DATED: February 22, 2024 | BURSOR & FISHER, P.A. |
| 2 | | |
| 3 | | By: /s/ Brittany S. Scott |
| 4 | | Stefan Bogdanovich |
| | | Brittany S. Scott |
| 5 | | 1990 North California Blvd., Suite 940 |
| | | Walnut Creek, CA 94596 |
| 6 | | Tel: (925) 300-4455 |
| | | Fax: (925) 407-2700 |
| 7 | | sbogdanovich@bursor.com |
| | | bscott@bursor.com |
| 8 | | Philip L. Fraietta (*pro hac vice*) |
| 9 | | 1330 Avenue of the Americas |
| | | New York, NY 10019 |
| 10 | | Tel: (646) 837-7142 |
| | | pfraietta@bursor.com |
| 11 | | |
| 12 | | Attorneys for Plaintiff Kaitlyn Lawrence |
| 13 | DATED: February 22, 2024 | DORSEY & WHITNEY LLP |
| 14 | | |
| 15 | | By: /s/ Rachel P. Stoian |
| 16 | | Rachel P. Stoian |
| | | Maral Shoaei |
| 17 | | 167 Hamilton Avenue, Suite 200 |
| | | Palo Alto, CA 94301 |
| 18 | | Tel: (650) 843-2708 |
| | | Fax: (650) 618-8659 |
| 19 | | stoian.rachel@dorsey.com |
| | | shoaei.maral@dorsey.com |
| 20 | | Christopher G. Karagheuzoff |
| 21 | | Jonathan Montcalm |
| | | (both admitted *pro hac vice*) |
| 22 | | 51 W. 52nd St. |
| | | New York, NY 10019 |
| 23 | | Tel: (212) 415-9200 |
| | | Fax: (212) 953-7201 |
| 24 | | karagheuzoff.christopher@dorsey.com |
| | | montcalm.jonathan@dorsey.com |
| 25 | | |
| 26 | | Attorneys for Defendant Finicity Corporation |
| 27 | | |
| 28 | | |

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

***Kaitlyn Lawrence, on behalf of herself and all others similarly situated v. Finicity Corporation***
***USDC – Eastern District of California***
***Case No. 2:23-CV-01005-DJC-AC***

**JOINT STATUS REPORT**

I hereby certify on February 22, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

DATED:  February 22, 2024          DORSEY & WHITNEY LLP


By: */s/ Rachel P. Stoian*
Rachel P. Stoian